**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000323
30-JUL-2025
06:46 AM
Dkt. 48 OAWST**

NO. CAAP-25-0000323

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RONALD W. McLOUGHLIN and NANCY SWEATT,
Plaintiffs-Appellants, v.
ISLAND URGENT CARE WAIKIKI LLC,
a Domestic Limited Liability Company; CHAD WASDEN, M.D.,
Defendants-Appellees,
and
DOE DEFENDANTS 1-10,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0000514)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Leonard, and Wadsworth, JJ.)

Upon consideration of the July 25, 2025 Stipulation to Dismiss Appeal (**Stipulation**) filed by Defendants-Appellees Island Urgent Care Waikiki LLC, and Chad Wasden, M.D. (**Appellees**), the papers in support, and the record, it appears that (1) the appeal has been docketed, (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), Plaintiffs-Appellants Ronald W. McLoughlin and Nancy Sweatt and Appellees stipulate to dismiss this appeal with prejudice and each party shall bear their own appellate fees and costs, and (3) the Stipulation is signed by counsel for all parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own fees and costs.

DATED: Honolulu, Hawai'i, July 30, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge